Nos. 2759 y 2760.—El Pueblo, apldo., *v.* Ríos, aplte.— C. D. Aguadilla. Infracción al art. 553 del Código Penal. Jun. 9, 1926. Resuelto por los fundamentos del caso No. 2761. *El Pueblo* v. *Gerardo González,* resuelto en esta

misma fecha (pág. 558), se revoca la sentencia apelada y se absuelve al acusado.